UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX, INC.,<br><br>        Defendants. | No. 2:18-cv-114-JAM-EFB PS<br><br><br>ORDER |

Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed *in forma pauperis*, and has submitted an affidavit purporting to demonstrate that he is unable to prepay fees and costs or give security for them. ECF No. 2. However, a review of the affidavit reveals that it has not been signed. Accordingly, plaintiff is directed to file, within fourteen days of this order, a further affidavit which is dated and signed under penalty of perjury. The court will then resume consideration of plaintiff's application to proceed *in forma pauperis*.

DATED: January 22, 2018.

                                                          EDMUND F. BRENNAN<br>
                                                          UNITED STATES MAGISTRATE JUDGE