JAMES JOHNSON
818 WEST MINER STREET
YREKA CALIFORNIA 96097
541-778-9114
jejcssi@gmail.com



FILED
MAR - 5 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRECT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| JAMES JOHNSON<br>  *Plaintiff.*<br>vs<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.; TRANS UNION<br>LLC; EQUIFAX, INC.<br>  *Defendants* | )<br>)<br>) Case No 2:18-cv-0114<br>)<br>)<br>)<br>)<br>) Judge JAM-EFB<br>)<br>)<br>) TRIAL BY JURY DEMANDED<br>) |

NOTICE OF CHANGE OF ADDRESS INFORMATION

JAMES JOHNSON
818 WEST MINER
YREKA CALIFORNIA 96097
541-778-9114
jejcssi@gmail.com

NOTICE OF CHANGE OF ADDRESS

*James Johnson* 3/1/2018